IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|    Maria T Arfani, | ) | CASE NO. 13 B 30767 |
| | ) | |
|                Debtor(s), | ) | Judge Jack B. Schmetterer |
| Maria T Arfani, | ) | |
| | ) | |
|    Plaintiff(s), | ) | |
| | ) | |
|       v. | ) | ADV. NO. ___ AP_____ |
| | ) | |
| Household Finance Corporation III, | ) | |
| aka HSBC Bank, | ) | |
| | ) | |
|    Defendant. | ) | |

**COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND RELEASE OF HOUSEHOLD FINANCE CORPORATION III, AKA HSBC BANK'S UNDERLYING LIEN ON DEBTOR'S PROPERTY**

NOW COMES the Plaintiff, Maria T Arfani, by and through her attorneys, Cutler & Associates, and states as follows:

1. The Plaintiff filed a petition under Chapter 13 of the U.S. Bankruptcy Code on July 31, 2013.

2. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to § 1409 of Title 28, United States Code.

5. This Honorable Court <u>has not</u> confirmed the Plaintiff's Chapter 13 Plan.

6. Plaintiff, Maria T Arfani, is an individual.

7. The Plaintiff is the owner of a house, her principal place of residence, located at 168 Columbia Ave, Des Plaines, IL 60016.

8. That Bank New York Mellon, serviced by Specialized Loan Servicing LLC holds a first mortgage lien on the real property commonly known as 168 Columbia Ave, Des Plaines, IL 60016 with a secured claim of $353,338.00.

9. The Defendant holds a second mortgage lien on the real property known as 168 Columbia Ave, Des Plaines, IL 60016 in the approximate amount of $38,615.00. No proof of claim has been filed by Household Finance Corporation III, aka HSBC Bank as of the date of this instant motion.

10. That a Judgment was filed by Household Finance Corporation III with the Cook County Recorder's office on July 2, 2007 in the amount of $39,761.46 plus costs.

11. That the value of 168 Columbia Ave, Des Plaines, IL 60016 was $328,859.00 at the time of case filing.

12. That the secured claim of Bank New York Mellon exceeds the value of the subject property, leaving no equity for the Defendant's claim to attach to. Defendant's lien should be canceled pursuant to §506 and §1327(b)(2).

WHEREFORE, the Plaintiff, Maria T Arfani, prays this Honorable Court for the following relief:

A. That this Court hold that the interest of the Defendant with respect to the real estate located at 168 Columbia Ave, Des Plaines, IL 60016, is valued at zero.

B. The Defendant is ordered to cancel and release its underlying lien on the Plaintiff's real estate, located at 168 Columbia Ave, Des Plaines, IL 60016 and

provide to the Plaintiff proof thereof within 30 days after the completion and discharge is granted in the Debtor's Chapter 13 case.

C. That the Plaintiff has such and other relief as the Court may deem just and proper.

          Respectfully submitted,

By:    /s/ *David H. Cutler*
        David H. Cutler, esq.
        Counsel for Debtor(s):
        Cutler & Associates, Ltd.
        4131 Main St.
        Skokie, IL 60076
        Phone: (847) 673-8600