UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-30767 |
| MARIA T. ARFANI, | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause comes before the Court on the Motion for Relief from the Automatic Stay of Nationstar Mortgage, LLC ("Nationstar"), as servicer for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR2 ("Bank of New York Mellon"), all parties in interest with respect to the real property located at 168 Columbia Avenue, Des Plaines, IL  60016 (the "Premises") having received notice and the Court being fully advised:

It is Hereby Ordered that the Automatic Stay is modified to permit Nationstar to exercise its rights under applicable state law as to the Premises, including but not limited to foreclosure; and

It is Further Ordered that the 14 day stay pursuant to Federal Rule of Bankruptcy Procedure 4001 is waived.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  May 06, 2015

**Prepared by:**

Evan Lincoln Moscov, ARDC No. 6278081
Weinstein & Riley, P.S.
469 W. Huron Street, Suite 1701
Chicago, IL 60654
Telephone: (312) 255-7996
Email: EvanM@w-legal.com